AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| GREG JOHNSON <br> *Plaintiff* <br> v. <br> DARRELL WIREMAN, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:15-CV-2254 |

FILED
WILKES BARRE
MAR 28 2019
PER ___MS___
DEPUTY CLERK

<u>AMENDED</u>   **JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____.

☑ other:   JUDGMENT is entered in favor of Darrell Wireman, Ulrich Klemm, Shawn Kephart, and Tabb Bickell and against the plaintiff with respect to the plaintiff's § 1983 claims for damages against them (Counts III, IV, and V), pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge   Joseph F. Saporito, Jr.   without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 3-28-2019

CLERK OF COURT

*Mary Rose D'Urso*
Signature of Clerk or Deputy Clerk