UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1968
_____

GREG JOHNSON,
 Appellant

v.

DARRELL WIREMAN; MORRIS L. HOUSER; JAMES ECKARD;
ULRICH KLEMM; SHAWN KEPHART; TABB BICKELL; DEPARTMENT OF
CORRECTIONS

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-15-cv-02254)
Magistrate Judge: Honorable Joseph F. Saporito, Junior
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 12, 2019

Before: RESTREPO, ROTH and FISHER, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on December 12, 2019. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered March 27, 2019, be and the same is hereby AFFIRMED IN PART and VACATED AND REMANDED IN PART. All of the above in accordance with the Opinion of this Court.

Costs shall not be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 4, 2020