UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG JOHNSON,<br><br>     Plaintiff,<br><br>     v.<br><br>DARRELL WIREMAN, et al.,<br><br>     Defendants. | CIVIL ACTION NO. 1:15-cv-02254<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 10th day of April, 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Upon remand, the defendants' motion *in limine* (Doc. 54) is **DENIED** with respect to those portions of our prior decision vacated by the United States Court of Appeals for the Third Circuit;

2. The plaintiff's § 1983 claims for damages against all defendants (**Counts III, IV, and V**) shall proceed to discovery on the merits with respect to the **2015 December fast** and the **2016 December fast**;

3. The clerk shall furnish the incarcerated *pro se* plaintiff with blank copies of all forms necessary for our consideration of an application for leave to proceed *in forma pauperis* in this case;

4. The plaintiff shall complete, sign, and file his application for leave to proceed *in forma pauperis* **within thirty (30) days after mailing** of the aforementioned forms by the clerk;

5. All discovery in this action shall be **STAYED** and held in abeyance for a period of **sixty (60) days** to permit the court to consider the plaintiff's application for leave to proceed *in forma pauperis* and, if warranted, reconsider the plaintiff's motion to appoint *pro bono* counsel to represent him.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
