IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG JOHNSON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.15-CV-2254 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| DARRELL WIREMAN, et al., | : | Magistrate Judge Saporito |
| | : | |
| Defendants | : | |

## NOTICE OF SETTLEMENT

AND NOW, come the Corrections Defendants, by and through counsel, Abby N. Trovinger, Assistant Counsel for the Commonwealth of Pennsylvania, and hereby notify the court that Plaintiff and the Department of Corrections have settled this case and are waiting for funds to go through before submitting a notice of termination to the Court.

                                                Respectfully submitted,

                                                Office of General Counsel

                                                /s/ Abby N. Trovinger
                                                Abby N. Trovinger, Assistant Counsel
                                                Attorney I.D.: No. 308329
                                                Pennsylvania Department of Corrections
                                                1920 Technology Parkway
                                                Mechanicsburg, PA  17050
Date: April 10, 2023                      atrovinger@pa.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG JOHNSON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.15-CV-2254 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| DARRELL WIREMAN, et al., | : | Magistrate Judge Saporito |
| | : | |
| Defendants | : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I am depositing in the U.S. mail a true and correct copy of this notice upon the Plaintiff at the following address:

Smart Communications/PA DOC
Greg Johnson/ JT8891
SCI-Phoenix
PO Box 33028
St. Petersburg, FL 33733

Respectfully submitted,

Office of General Counsel

/s/ Abby N. Trovinger
Abby N. Trovinger, Assistant Counsel
Attorney I.D.: No. 308329
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA  17050

Date: April 10, 2023           atrovinger@pa.gov